# Higbee & Associates

A NATIONAL LAW FIRM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

September 19, 2017

Hon. Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12C
New York, NY 10007

Re: *Christopher Sadowski v. Richard Gottlieb & Associates, LLC*
    *(Case 1:17-cv-04900-KBF)*

Dear Hon. Judge Forrest,

My firm represents the Plaintiff, Christopher Sadowski, in the above-referenced action. I write respectfully to request a one-month adjournment of the case, including filing of the Joint Proposed Schedule, currently scheduled for September 19, 2017 and Initial Pretrial Conference currently scheduled for September 25, 2017. To date, no previous requests for adjournment have been made.

Plaintiff commenced this action on June 28, 2017, and on July 14, 2017, the Court issued an Order directing the parties to submit a Joint Proposed Schedule on September 19, 2017 and to appear for the September 25 Initial Status Conference. Plaintiff is still attempting to serve defendants Richard Gottlieb & Associates, LLC with process. Accordingly, Plaintiff has enlisted the help of a process server and hopes to get the defendants served imminently.

The requested one-month adjournment – until October 17, 2017, or as soon thereafter as may be convenient for the Court – will permit us to perfect service on the defendant.

Respectfully submitted,

/s/ Rayminh L. Ngo

Rayminh Ngo
Counsel for Plaintiff
Christopher Sadowski

**Order**

Conference adjourned to 10/19/17 at 9am. Plaintiff must serve within the timeframe set forth in Rule 4.

Plaintiff to serve this order on defendant. (And file certificate of service on the docket.)

KB Forrest
USDJ
9/20/17