UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
CHRISTOPHER SADOWSKI

                                Plaintiff(s),

    -v-

RICHARD GOTTLIEB & ASSOCIATES, LLC.

                              Defendant(s).
-------------------------------------------------------------- X

17 Civ. 4900 (KBF)

SCHEDULING ORDER

KATHERINE B. FORREST, District Judge:

The parties propose the following schedule for this matter:

1. All parties **[do ☐ / do not ☑]** consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences.[1]

2. Amended pleadings may not be filed, and no party may be joined, without leave of Court more than 10 days after the filing of this Order or the filing of a responsive pleading, whichever occurs first.

3. Close of fact discovery: 2/26/2018 . **[within 6 months unless the case is particularly complex]**

4. Close of expert discovery: 3/23/2018 . **[25 days after the close of fact discovery for all but the most complex cases; for particularly complex cases, 60 days after the close of fact discovery; the parties are to negotiate interim dates regarding expert witnesses]**

   The parties contemplate experts in this matter for the following subject(s): _____.

5. **[For F.L.S.A. actions only]** Plaintiff(s) **[do ☐ / do not ☑]** anticipate making a motion for conditional certification of a collective action under 29 U.S.C. § 216(b). Plaintiff(s) shall include a proposed notice with the opening brief.

---

[1] If all parties so consent, they should execute a consent form (available at http://www.nysd.uscourts.gov/file/forms/consent-to-proceed-before-us-magistrate-judge) and submit it to the Court via e-mail, along with this proposed order.

Section 216(b) proposed briefing schedule:
Opening: 11/24/2017 [30 days after initial conference]
Opp'n: 12/15/2017 [21 days after opening brief]
Reply: 12/22/2017 [7 days after opposition brief]

6. Motions may be brought at any time. The last opportunity to file any motion (other than in limine and Daubert motions) are set forth below.

Proposed briefing schedule:
Opening: 3/12/2018 [no later than 14 days following item 3]
Opp'n: 4/2/2018 [generally 21 days after opening brief]
Reply: 4/9/2018 [generally 7 days after opposition brief]

7. Trial [will ✓ / will not ☐] be before a jury.[2]

**DO NOT FILL IN BELOW. THE COURT WILL SET ITEMS 8-11.**

8. The next status conference is set for 1/31/18 at 1pm. (telephonic)

9. Pretrial materials, including the Joint Pretrial Order ("JPTO"), are due: _____.

10. The Final Pretrial Conference ("FPTC") is set for _____ at _____.

Motions in limine are due two weeks before FPTC; oppositions are due one week later. Daubert motions are due four weeks before FPTC; oppositions are due two weeks later. (No replies.)[3]

11. Trial in this matter shall commence on 5/14/18. Trial is anticipated to take 2 [days / weeks].

**Settlement discussions must occur in parallel to this schedule (schedule will not be adjourned, except in very unusual situations, for settlement discussions).**

SO ORDERED.
Dated: New York, New York
10/25, 2017

_____
KATHERINE B. FORREST
United States District Judge

---

[2] Checking this box does not constitute a formal jury demand under Fed. R. Civ. P. 38(b). It serves a purely administrative function.

[3] Deadlines for motions in limine and Daubert motions are generalized and subject to change. The parties may request to modify the schedule if desired.