Rayminh L. Ngo, Esq.,
NY Attorney Registration #RN4834
HIGBEE & ASSOCIATES (Of Counsel)
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8350
(714) 597-6729 facsimile
rngo@higbeeassociates.com
*Counsel for Plaintiff*
CHRISTOPHER SADOWSKI

*Ordered*

Denied. These are defenses the defendant may pursue.

KB. For
LSDJ

12/20/17

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER SADOWSKI,<br><br>                           Plaintiff(s),<br><br>vs.<br><br>RICHARD GOTTLIEB & ASSOCIATES, LLC.,<br><br>                           Defendant(s). | Case No.: 1:17-CV-04900-KBF<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO STRIKE DEFENDANT'S AFFIRMATIVE DEFENSES TO COMPLAINT** |

**NOTICE IS HEREBY GIVEN** that Plaintiff CHRISTOPHER SADOWSKI, (hereinafter referred to as "Plaintiff"), by and through their attorneys, will and hereby does move the Court to strike the Two Affirmative Defenses contained in the Answer of Defendant RICHARD GOTTLIEB & ASSOCIATES, LLC., to Plaintiff's Complaint.

//